UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA MAGDALENA GARCIA,

       Plaintiff,

                                   Case No. 11-CV-13807
vs.                                 HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [DOC. 14]

This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Maria Magdalena Garcia's claim for judicial review of defendant Commissioner of Social Security's decision that she is not entitled to social security disability benefits. On August 6, 2012, Magistrate Judge Majzoub issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied, that defendant's motion for summary judgment be granted, and that the findings of the Commissioner be affirmed.

The court has reviewed the file, record, and magistrate judge's report and recommendation. Objections to that report have not been filed by plaintiff within the established time period. The court accepts the report and recommendation. Accordingly,

IT IS HEREBY ORDERED that the magistrate's report and recommendation is accepted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is DENIED.

Dated: August 29, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 29, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---